

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2018

No. 04-18-00626-CR

Cesar Rafael **ZUNIGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR6579
Honorable Mary D. Roman, Judge Presiding

# O R D E R

The clerk's record has been filed, and it includes a copy of the trial court's certification of appellant's right of appeal. The certification does not show that the defendant has the right of appeal. We have reviewed the clerk's record, and it appears the certification is not defective. *See Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005) (holding court of appeals must review clerk's record to determine whether the certification is defective).

We therefore **ORDER** that appellant is hereby notified that if an amended certification showing appellant has the right of appeal is not made part of the clerk's record, this appeal **will be dismissed within 30 days of this order**. *See id.* R. 25.2(d), (f) (requiring "dismiss[al] if a certification that shows the defendant has the right of appeal has not been made part of the record" and providing an amended certification may be filed in the appellate court under Rule 37.1 or any time before the appellant's brief is filed).

We further **ORDER** that all other appellate deadlines are suspended pending further order of this court. We also **ORDER** the clerk of this court to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter(s) responsible for preparing the reporter's record in this appeal

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2018.



KEITH E. HOTTLE,
Clerk of Court